# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE


**Alexis Gonzales-Munoz**

     v.                                          Case No. 26-cv-438-PB-TSM

**Andrew Ackley, Warden,**
**FCI Berlin, et al.**


## ORDER

After the government notified the Court that Alexis Gonzales-Munoz received the bond hearing he sought on June 15, 2026, <u>see</u> Doc. 14, I ordered Gonzales-Munoz to show cause within seven days why his petition should not be dismissed. Doc. 15. Gonzales-Munoz has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

July 7, 2026

cc:    Counsel of Record